FILED
CLERK, U.S. DISTRICT COURT
JUN 18 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

| UNITED STATES OF AMERICA, | CR No.  CR 19-00357-CAS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Receipt of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| PAUL JOSEPH CASSIDY, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about January 22, 2017, in Santa Barbara County, within the Central District of California, and elsewhere, defendant PAUL JOSEPH CASSIDY knowingly received, onto an Apple Mac PowerBook, Model A1181 computer, bearing serial number A4N0AS009958147 ("Apple PowerBook 8147"), child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and, using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign

1  commerce by any means, including by computer, knowing that the images
2  were child pornography.
3      The child pornography defendant CASSIDY received on the Apple
4  PowerBook 8147 included the videos titled:
5      (1)  287-1.wmv;
6      (2)  287-2.wmv; and
7      (3)  287-3.wmv.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about October 24, 2017, in Santa Barbara County, within the Central District of California, and elsewhere, defendant PAUL JOSEPH CASSIDY knowingly possessed an Apple Mac PowerBook Pro, Model A1286, bearing serial number C02L60S9F1G3 ("Apple PowerBook Pro F1G3"), which contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

The child pornography that defendant CASSIDY possessed on the Apple PowerBook Pro F1G3 included the videos titled:

(1) Pthc Ptsc 9Yo Jenny Enjoying Doggie Cockb.jpg;

(2) Pthc Ptsc 9Yo Jenny Tied Up and Smiling.jpg; and

(3) Pthc Ptsc Jenny 9Yo Daughter Tied-Up.jpg.

A TRUE BILL

/S/

Foreperson

NICOLA T. HANNA
United States Attorney

Scott M. Garringer
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JOANNA CURTIS
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section

SHAWN T. ANDREWS
Assistant United States Attorney
Violent & Organized Crime Section